# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| THOMAS J. CHASE and MELISSA CHASE, | ) ) Case No. 1:15-cv-314 |
| *Plaintiffs*, | ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Susan K. Lee |
| ALLSTATE INDEMNITY COMPANY, | ) ) |
| *Defendant*. | ) ) |

## ORDER

On February 1, 2017, counsel for Defendant advised the Court that a settlement had been reached in this action. It is hereby **ORDERED** that the parties file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within **thirty days** of the date of this Order. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed within thirty days, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**