IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| THOMAS J. CHASE and | ) | |
| MELISSA CHASE | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 1:15cv314 |
| v. | ) | |
| | ) | |
| ALLSTATE INDEMNITY | ) | JURY DEMAND |
| COMPANY, | ) | |
| | ) | |
| Defendant. | | |

## STIPULATION OF DISMISAL WITH PREJUDICE

Came the parties, by and through their respective counsel, and announced to the Court that all matters here in controversy have been compromised and settled out of court. Based on the foregoing, it is hereby

STIPULATED AND AGREED that the Complaint and any all claims raised therein, or that could have been raised therein, against the defendant be and the same hereby are dismissed with full prejudice and on the merits.

This 14th day of February, 2017.

**McMAHAN LAW FIRM**
P.O. Box 11107
Chattanooga, TN 37401
(423) 265-1100
(423) 266-1981

By: _s/James R. Kennamer_____.
James R. Kennamer, BPR #16172
Attorney for Plaintiffs

BAKER, KINSMAN, HOLLIS &
CLELLAND, P.C.
1008 Executive Drive, Suite 104
Hixson, Tennessee 37343
Office: 423.756.3333
Facsimile: 423.756.3337

_s/N. Mark Kinsman_____
N. Mark Kinsman, BPR #6039
Attorney for Allstate Indemnity Co.